# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

CRAIG ABEL,

                          Petitioner,

     vs.

W.J. SULLIVAN, et al.,

                     Respondents.

CASE NO. 06CV406 WQH (WMC)

ORDER GRANTING REQUEST FOR
TIME TO FILE OBJECTIONS

HAYES, Judge:

On February 22, 2006, Petitioner Craig Abel filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254. (Doc. # 1). On June 2, 2006, Respondent W. J. Sullivan answered the Petition (Doc. # 6), and on October 31, 2006, Petitioner filed a traverse. (Doc. # 21).

On July 26, 2007, Magistrate Judge William McCurine, Jr. filed a Report and Recommendation recommending that the Court deny Petitioner's Petition for Writ of Habeas Corpus. (Doc. # 23). In the Report and Recommendation, the Magistrate Judge ordered the parties to file any objection to the Report and Recommendation on or before August 27, 2007.

On August 27, 2007, Petitioner filed the pending motion for an extension of time to file objections to the Report and Recommendation. (Doc. # 24). Good cause appearing, Petitioner's motion for an extension (Doc. # 24) is GRANTED. Petitioner may file objections to the Report and Recommendation on or before September 28, 2007.

**IT IS SO ORDERED**.

DATED: September 10, 2007

**WILLIAM Q. HAYES**
United States District Judge